UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

OMID MASHINCHI,

    Defendant.

CASE NO. MJ 18-156

DETENTION ORDER

Offense charged:     International Money Laundering (Rule 5 – District of Massachusetts)

Date of Detention Hearing:    April 16, 2018.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.     Defendant holds citizenship in Iran, Germany, and Canada, and possesses passports from all three countries. He resides in Vancouver, Canada. His parents reside in Sacramento, California. He is charged in the District of Massachusetts. He does not have ties to either this

DETENTION ORDER
PAGE - 1

District or the charging district, as he was arrested at Sea-Tac airport while changing planes on the way to visit his parents in California. An immigration detainer has been filed. Defendant has significant financial resources in Canada.

2. Defendant poses a risk of nonappearance based on financial resources, possession of three passports, international ties, residence in Canada, and an immigration detainer. Defendant poses a risk of danger based on the nature of the alleged offense.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community. However, defendant may renew his request for release after transfer to the charging district.

IT IS THEREFORE ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for privat consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Probation Services Officer.

DATED this 16th day of April, 2018.

*Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE - 3